1  COOLEY GODWARD LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY M. KABAN (235734) (jkaban@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone:  (650) 843-5000
   Facsimile:   (650) 843-0663
5
   Attorneys for Nominal Defendant
6  Power Integrations, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  Kimberly Quaco, Derivatively on Behalf of          Case No.  C-06-2811-MHP
    Nominal Defendant POWER
13  INTEGRATIONS, INC.,

14              Plaintiff,                              **STIPULATION ESTABLISHING A SERVICE
                                                        DATE AND EXTENDING TIME FOR
15       v.                                             DEFENDANTS' RESPONSE TO THE
                                                        AMENDED COMPLAINT**
16  Balu Balakrishnan, *et al.*,

17              Defendants,

18  Power Integrations, Inc.,

19              Nominal Defendant.

20

21       Pursuant to Civil Local Rule 6-1, the parties submit the following Stipulation Establishing

22  a Service Date and Extending Time for Defendants' Response to Plaintiff's Amended Complaint.

23       WHEREAS, plaintiff Kimberly Quaco filed the original complaint in this action on April

24  25, 2006, naming nominal defendant Power Integrations, Inc. and defendants Balu Balakrishnan,

25  Alan D. Bickell, R. Scott Brown, Howard F. Earhart, E. Floyd Kvamme, and Clifford J. Walker

26  ("Original Individual Defendants");

27       WHEREAS, the parties stipulated on May 10, 2006, to allow plaintiff to file an amended

28  complaint;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO           729760 v1/PA              1.    STIPULATION ESTABLISHING SERVICE DATE AND
                                                        EXTENDING TIME FOR DEFENDANTS' RESPONSE

1      WHEREAS, on May 26, 2006 plaintiff filed the Amended Complaint;

2      WHEREAS, the Amended Complaint added ten new parties: Derek Bell, Nicholas E.

3   Brathwaite, John M. Cobb, Roderick D. Davies, Balakrishnan S. Iyer, Bruce Renouard, Vladimir

4   Rumennik, Daniel M. Selleck, Robert G. Staples, and John Tomlin ("New Individual

5   Defendants");

6      WHEREAS, plaintiff has not yet served the Amended Complaint on all of the New

7   Individual Defendants;

8      WHEREAS, the Original Individual Defendants are no longer represented by the same

9   counsel as nominal defendant Power Integrations, Inc.;

10     WHEREAS, new counsel for the Original Individual Defendants has only recently been

11   retained;

12     WHEREAS, the parties agree it would be most efficient for the Court and the parties for

13   there to be a single date established by which defendants shall respond to the Amended

14   Complaint;

15     WHEREAS, the establishment of a single date by which all defendants must respond to

16   the Amended Complaint will help avoid piecemeal litigation;

17     WHEREAS, the schedule contemplated by this Stipulation will allow new counsel for the

18   individual defendants to prepare adequately;

19     WHEREAS, the only date or deadlines set by Court order are the Joint Case Management

20   Statement due September 1, 2006 and the Case Management Conference set for September 11,

21   2006; and

22     WHEREAS, this stipulation will not effect the deadline for the filing of the Joint Case

23   Management Statement or the date of the Case Management Conference;

24     NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, as

25   follows:

26     **1.**   Counsel for the New Individual Defendants will accept service on behalf of their

27   clients without thereby waiving any objection to venue or jurisdiction;

28     **2.**   The Amended Complaint shall be deemed served on all parties as of August 14,

1    2006;

2        **3.**      Defendants shall respond to plaintiff's Amended Complaint on or before

3    September 12, 2006.

4

5

6

7    Dated: June 21, 2006                          BORNSTEIN & BORNSTEIN

8

9                                                  /S/ (With express authorization)
                                                   Jonathan Herschel Bornstein

10                                                 Attorneys for Plaintiff

11

12                                                 *Filer's Attestation:  Pursuant to General Order*
                                                   *No. 45, Section X(B) regarding signatures, Jeffrey*
13                                                 *M. Kaban hereby attests that concurrence in the*
                                                   *filing of this document has been obtained*
14

15

16   Dated: June 21, 2006                          COOLEY GODWARD LLP

17

18                                                 /S/
                                                   John C. Dwyer
                                                   Jeffrey M. Kaban
19
                                                   Attorneys for Nominal Defendant
20                                                 Power Integrations, Inc.

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO          729760 v1/PA                     3.      STIPULATION ESTABLISHING A SERVICE DATE AND
                                                               EXTENDING TIME FOR DEFENDANTS' RESPONSE

1    Dated:  June 21, 2006                          LATHAM & WATKINS LLP

2

3                                                   /S/ (With express authorization)
                                                    Jay L. Pomerantz
4                                                   Peter A. Wald

5                                                   Attorneys for  Defendants
                                                    Balu Balakrishnan, Alan D. Bickell, Nicholas E.
6                                                   Brathwaite, R. Scott Brown, Balakrishnan S. Iyer,
                                                    and E. Floyd Kvamme
7
                                                    *Filer's Attestation:  Pursuant to General Order
8                                                   No. 45, Section X(B) regarding signatures, Jeffrey
                                                    M. Kaban hereby attests that concurrence in the
9                                                   filing of this document has been obtained*

10

11
     Dated:  June 21, 2006                          HELLER EHRMAN LLP
12

13
                                                    /S/ (With express authorization)
14                                                  Norman J. Blears
                                                    Michael L. Charlson
15
                                                    Attorneys for Defendants
16                                                  Derek Bell, Roderick D. Davies, Bruce Renouard
                                                    Vladimir Rumennik, Daniel M. Selleck,
17                                                  John Tomlin and Clifford J. Walker

18                                                  *Filer's Attestation:  Pursuant to General Order
                                                    No. 45, Section X(B) regarding signatures, Jeffrey
19                                                  M. Kaban hereby attests that concurrence in the
                                                    filing of this document has been obtained*
20
     Dated:  June 21, 2006                          TOWNSEND AND TOWNSEND AND CREW LLP
21

22
                                                    /S/ (With express authorization)
23                                                  Leigh A. Kirmsse

24                                                  Attorneys for Defendant
                                                    John M. Cobb
25

26

27

28

1    Dated: June 21, 2006                    MORRISON & FOERSTER

2

3                                            /S/ (With express authorization)
                                             Jordan Eth
4
                                             Attorneys for Defendant
5                                            Robert G. Staples

6                                            *Filer's Attestation:  Pursuant to General Order
                                             No. 45, Section X(B) regarding signatures, Jeffrey
7                                            M. Kaban hereby attests that concurrence in the
                                             filing of this document has been obtained*
8

9    Dated: June 21, 2006                    FENWICK & WEST LLP

10

11                                           /S/ (With express authorization)
                                             Emmett C. Stanton
12
                                             Attorneys for Defendant
13                                           Howard F. Earhart

14                                           *Filer's Attestation:  Pursuant to General Order
                                             No. 45, Section X(B) regarding signatures, Jeffrey
15                                           M. Kaban hereby attests that concurrence in the
                                             filing of this document has been obtained*
16

17

18

19
                     June 22, 2006
20
                                             IT IS SO ORDERED
21

22                                           Judge Marilyn H. Patel

23                                           UNITED STATES DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW      729760 v1/PA              5.      STIPULATION ESTABLISHING A SERVICE DATE AND
   SAN FRANCISCO                                        EXTENDING TIME FOR DEFENDANTS' RESPONSE

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action.  I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155.  On June 21, 2006, I served the following documents on the parties listed below in the manner(s) indicated:

**STIPULATION ESTABLISHING A SERVICE DATE AND EXTENDING TIME FOR DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s), with postage fully prepaid, to be deposited with the U.S. Postal Service.

☐ (BY MESSENGER SERVICE) I consigned the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of this firm for collection and processing of documents to be transmitted by fax and I caused such document(s) on this date to be faxed to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of this firm for collection and processing of correspondence for overnight delivery, and I caused such document(s) to be deposited with a facility regularly maintained by FedEx for overnight delivery.

☒ (BY ELECTRONIC MAIL)  I am personally and readily familiar with the business practice of this firm for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I prepared said documents in PDF and then served them by e-mailing them to the following internet addresses.

Jay L. Pomerantz, Esq.
**Latham & Watkins  LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone:  (650) 328-4600
Direct:  (650) 463-4684
Fax:  (650) 463-2600
jay.pomerantz@lw.com

Peter A. Wald, Esq.
**Latham & Watkins  LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

729760 v1/PA

6.

STIPULATION ESTABLISHING A SERVICE DATE AND EXTENDING TIME FOR DEFENDANTS' RESPONSE

1    Phone:  (415) 391-0600
     Direct:  (415) 395-8006
2    Fax:  (415) 395-8095
     peter.wald@lw.com

3
     Norman J. Blears, Esq.
4    Michael L. Charlson, Esq.
     **Heller Ehrman LLP**
5    275 Middlefield Road
     Menlo Park, CA 94025-3506
6    Phone:  (650) 324-7000
     Direct: (650) 324-7017
7    Fax: (650) 324-0638
     norman.blears@hellerehrman.com

8
     Leigh A. Kirmsse, Esq.
9    **Townsend and Townsend and Crew LLP**
     Two Embarcadero Center, 8th Floor
10   San Francisco, CA 94111-3834
     Phone: (415) 576-0200
11   Fax: (415) 576-0300
     lakirmsse@townsend.com

12
     Jordan Eth, Esq.
13   **Morrison & Foerster**
     425 Market Street
14   San Francisco, California 94105-2482
     Phone: (415) 268-7000
15   Direct:  (415) 268-7126
     Fax: (415) 268-7522
16   jeth@mofo.com

17   Emmett C. Stanton, Esq.
     Fenwick & West LLP
18   801 California Street
     Mountain View, CA 94041
19   Phone: (650) 988-8500
     Direct: (650) 335-7175
20   Fax: (650) 938-5200
     estanton@fenwick.com

21

22   Emmett C. Stanton, Esq.
             I declare under penalty of perjury that the foregoing is true and correct.  Executed on

23
     June 21, 2006, at Palo Alto, California.

24

25
                                                                   /s/
26                                                        _____
                                                              Jeffrey M. Kaban

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW       729760 v1/PA                      7.       STIPULATION ESTABLISHING A SERVICE DATE AND
SAN FRANCISCO                                                     EXTENDING TIME FOR DEFENDANTS' RESPONSE