COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235734) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 843-0663

Attorneys for Nominal Defendant
Power Integrations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Quaco, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>Balu Balakrishnan, *et al.*,<br><br>Defendants,<br><br>Power Integrations, Inc.,<br><br>Nominal Defendant. | Case No. C-06-2811-MHP<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT HOWARD EARHART** |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Howard Earhart ("Earhart") in the above-captioned matter. Emmett C. Stanton of the law firm of Fenwick & West, LLP, located at 801 California Street Mountain View, CA 94041, (650) 988-8500, agrees to substitute in as lead counsel of record for defendant Earhart in the above-captioned matter. Defendant Earhart consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward and the substitution of Emmett C. Stanton of Fenwick & West, LLP as defendant Earhart's counsel of record in this action.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2006 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | /S/ |
| 4 | | John C. Dwyer |
| 5 | | |
| 6 | Dated: June 23, 2006 | FENWICK & WEST LLP |
| 7 | | |
| 8 | | /S/ |
| 9 | | Emmett C. Stanton |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, John C. Dwyer hereby attests that concurrence in the filing of this document has been obtained*

Dated: June 23, 2006

/S/
Howard Earhart

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, John C. Dwyer hereby attests that concurrence in the filing of this document has been obtained*

**IT IS HERE BY ORDERED** that Emmett C. Stanton of Fenwick & West LLP is substituted as counsel of record for defendant Howard Earhart.

Dated: July 6, 2006 , 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court
Northern District of California

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. On June 28, 2006, I served the following documents on the parties listed below in the manner(s) indicated:

**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT HOWARD EARHART**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s), with postage fully prepaid, to be deposited with the U.S. Postal Service.

☐ (BY MESSENGER SERVICE) I consigned the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of this firm for collection and processing of documents to be transmitted by fax and I caused such document(s) on this date to be faxed to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of this firm for collection and processing of correspondence for overnight delivery, and I caused such document(s) to be deposited with a facility regularly maintained by FedEx for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of this firm for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I prepared said documents in PDF and then served them by e-mailing them to the following internet addresses.

Jay L. Pomerantz, Esq.
**Latham & Watkins LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Fax: (650) 463-2600
jay.pomerantz@lw.com

Peter A. Wald, Esq.
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000

| | |
|---|---|
| 1 | San Francisco, CA 94111-2562 |
| | Phone: (415) 391-0600 |
| 2 | Fax: (415) 395-8095 |
| | peter.wald@lw.com |
| 3 | |
| | Norman J. Blears, Esq. |
| 4 | Michael L. Charlson, Esq. |
| | **Heller Ehrman LLP** |
| 5 | 275 Middlefield Road |
| | Menlo Park, CA 94025-3506 |
| 6 | Phone: (650) 324-7000 |
| | Fax: (650) 324-0638 |
| 7 | norman.blears@hellerehrman.com |
| | |
| 8 | Leigh A. Kirmsse, Esq. |
| | **Townsend and Townsend and Crew LLP** |
| 9 | Two Embarcadero Center, 8th Floor |
| | San Francisco, CA 94111-3834 |
| 10 | Phone: (415) 576-0200 |
| | Fax: (415) 576-0300 |
| 11 | lakirmsse@townsend.com |
| | |
| 12 | Jordan Eth, Esq. |
| | **Morrison & Foerster LLP** |
| 13 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 14 | Phone: (415) 268-7000 |
| | Fax: (415) 268-7522 |
| 15 | jeth@mofo.com |
| | |
| 16 | Emmett C. Stanton, Esq. |
| | **Fenwick & West LLP** |
| 17 | 801 California Street |
| | Mountain View, CA 94041 |
| 18 | Phone: (650) 988-8500 |
| | Fax: (650) 938-5200 |
| 19 | estanton@fenwick.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2006, at Palo Alto, California.

_____
Saundra Curry

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

729973 v2/PA

4.

REQUEST FOR ORDER PERMITTING WITHDRAWAL
OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
FOR DEFENDANT HOWARD EARHART