COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235734) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile:  (650) 843-0663

Attorneys for Nominal Defendant
Power Integrations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Quaco, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>Balu Balakrishnan, *et al.*,<br><br>Defendants,<br><br>Power Integrations, Inc.,<br><br>Nominal Defendant. | Case No. C-06-2811-MHP<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT CLIFFORD WALKER** |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Clifford Walker ("Walker") in the above-captioned matter. Norman J. Blears and Michael L. Charlson of the law firm of Heller Ehrman, LLP, located at 275 Middlefield Road Menlo Park, CA 94025-3506, (650) 324-7000, agrees to substitute in as lead counsel of record for defendant Walker in the above-captioned matter. Defendant Walker consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward and the substitution of Norman J. Blears and Michael L. Charlson of Heller Ehrman, LLP as defendant Walker's counsel of record in this action.

1

2  Dated: July 24, 2006                               COOLEY GODWARD LLP

3

4                                                     _____
5                                                     John C. Dwyer

6

7

8  Dated: July __, 2006                               HELLER EHRMAN LLP

9

10                                                    _____
11                                                    Norman J. Blears
                                                      Michael L. Charlson
12
    Dated: July 14, 2006
13

14                                                    _____
15                                                    Clifford Walker

16

17  **IT IS HERE BY ORDERED t**hat Norman J. Blears and Michael L. Charlson of Heller Ehrman

18  LLP are substituted as counsel of record for defendant Clifford Walker.

19  Dated: __July 25__, 2006

20

21

22                                                    _____
23                                                    IT IS SO ORDERED
24                                                    Judge Marilyn H. Patel
                                                      UNITED STATES DISTRICT COURT
25                                                    NORTHERN DISTRICT OF CALIFORNIA

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

730125 v1/PA                          2.          REQUEST FOR ORDER PERMITTING WITHDRAWAL
                                                  OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
                                                  FOR DEFENDANT CLIFFORD WALKER

```
 1
 2
 3   Dated: July __, 2006              COOLEY GODWARD LLP
 4
 5                                     _____
                                       John C. Dwyer
 6
 7
 8   Dated: July 21, 2006              HELLER EHRMAN LLP
 9
10                                     _____
                                       Norman J. Blears
11                                     Michael L. Charlson
12
     Dated: July 14, 2006
13
14
15                                     _____
                                       Clifford Walker
16
17   **IT IS HEREBY ORDERED** that Norman J. Blears and Michael L. Charlson of Heller Ehrman
18   LLP are substituted as counsel of record for defendant Clifford Walker.
19
     Dated: _____, 2006
20
21
22                                     _____
                                       HON. MARILYN HALL PATEL
23                                     United States District Judge
                                       Northern District of California
24
25
26
27
28
```

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

730125 v1/PA                    2.       REQUEST FOR ORDER PERMITTING WITHDRAWAL
                                         OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
                                         FOR DEFENDANT CLIFFORD WALKER

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. On July 21, 2006, I served the following document on the parties listed below in the manner indicated:

**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT CLIFFORD WALKER**

[X] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of this firm for collection and processing of correspondence for overnight delivery, and I caused such document(s) to be deposited with a facility regularly maintained by FedEx for overnight delivery.

Peter A. Wald, Esq.
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Phone: (415) 391-0600
Fax: (415) 395-8095
peter.wald@lw.com

Leigh A. Kirmsse, Esq.
**Townsend and Townsend and Crew LLP**
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Phone: (415) 576-0200
Fax: (415) 576-0300
lakirmsse@townsend.com

Norman J. Blears, Esq.
Michael L. Charlson, Esq.
**Heller Ehrman LLP**
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: (650) 324-7000
Fax: (650) 324-0638
norman.blears@hellerehrman.com

Jordan Eth, Esq.
**Morrison & Foerster LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522
jeth@mofo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2006, at Palo Alto, California.

*/s/ Diane Rees*
Diane Rees