UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY QUACO, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC.

　　　　　　Plaintiff(s),

vs.

BALU BALAKRISHNAN, et al.

　　　　　　Defendant(s).

CASE NO. C-06-2811

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Civil L.R. 11-5, Todd M. Mosser of Schiffrin & Barroway LLP respectfully moves to withdraw his appearance as counsel for the plaintiff in the above-captioned matter. In support of this motion, the moving counsel states that Eric L. Zagar of Schiffrin & Barroway continues to represent the plaintiff in this matter.

Dated: August 9, 2006

Respectfully submitted,

_____
Todd M. Mosser
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

August 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel