1  COOLEY GODWARD LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY M. KABAN (235734) (jkaban@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone: (650) 843-5000
   Facsimile:  (650) 843-0663
5
   Attorneys for Nominal Defendant
6  Power Integrations, Inc.

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | Kimberly Quaco, Derivatively on Behalf of | Case No. C-06-2811-MHP
   | Nominal Defendant POWER
13 | INTEGRATIONS, INC.,

14 |              Plaintiff,                  | **REQUEST FOR ORDER PERMITTING
                                                WITHDRAWAL OF COUNSEL AND
15 | v.                                       | SUBSTITUTION OF NEW COUNSEL FOR
                                                DEFENDANT R. SCOTT BROWN**
16 | Balu Balakrishnan, *et al.*,

17 |              Defendants,

18 | Power Integrations, Inc.,

19 |              Nominal Defendant.

20

21        Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as

22 counsel for defendant R. Scott Brown ("Brown") in the above-captioned matter. Peter A. Wald

23 of the law firm of Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San

24 Francisco, CA 94111-2562, (415) 395-8006, agrees to substitute in as lead counsel of record for

25 defendant Brown in the above-captioned matter. Defendant Brown consents to, and hereby

26 requests the Court's approval of, the withdrawal of Cooley Godward LLP and the substitution of

27 Peter A. Wald of Latham & Watkins LLP as defendant Brown's counsel of record in this action.

28 //

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

729999 v1/PA                 1.         REQUEST FOR ORDER PERMITTING WITHDRAWAL
                                        OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
                                        FOR DEFENDANT R. SCOTT BROWN

| | | |
|---|---|---|
| 1 | Dated: September 26, 2006 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | /S/ |
| 4 | | John C. Dwyer |
| 5 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 6 | | |
| 7 | | |
| 8 | Dated: September 26, 2006 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | /S/ |
| 11 | | Peter A. Wald |
| 12 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 13 | | |
| 14 | | |
| 15 | Dated: August 8, 2006 | |
| 16 | | |
| 17 | | /S/ |
| 18 | | R. Scott Brown |
| 19 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 20 | | |

**IT IS HEREBY ORDERED** that Peter A. Wald of Latham & Watkins LLP is substituted as counsel of record for defendant R. Scott Brown.

Dated: September 27, 2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED

Judge Marilyn H. Patel