COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235734) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 843-0663

Attorneys for Nominal Defendant
Power Integrations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Quaco, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>Balu Balakrishnan, *et al.*,<br><br>Defendants,<br><br>Power Integrations, Inc.,<br><br>Nominal Defendant. | Case No. C-06-2811-MHP<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT BALU BALAKRISHNAN** |

Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as counsel for defendant Balu Balakrishnan ("Balakrishnan") in the above-captioned matter. Peter A. Wald of the law firm of Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562, (415) 395-8006, agrees to substitute in as lead counsel of record for defendant Balakrishnan in the above-captioned matter. Defendant Balakrishnan consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward LLP and the substitution of Peter A. Wald of Latham & Watkins LLP as defendant Balakrishnan's counsel of record in this action.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

729987 v1/PA

1.

REQUEST FOR ORDER PERMITTING WITHDRAWAL
OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
FOR DEFENDANT BALU BALAKRISHNAN

| | | |
|---|---|---|
| 1 | Dated: September 26, 2006 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | /S/ _____ |
| 4 | | John C. Dwyer |
| 5 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 6 | | |
| 7 | | |
| 8 | Dated: September 26, 2006 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | /S/ _____ |
| 11 | | Peter A. Wald |
| 12 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 13 | | |
| 14 | | |
| 15 | Dated: August 25, 2006 | |
| 16 | | |
| 17 | | /S/ _____ |
| 18 | | Balu Balakrishnan |
| 19 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 20 | | |
| 21 | | |

**IT IS HEREBY ORDERED** that Peter A. Wald of Latham & Watkins LLP is substituted as counsel of record for defendant Balu Balakrishnan.

Dated: September 27, 2006

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*