1  COOLEY GODWARD LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY M. KABAN (235734) (jkaban@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone: (650) 843-5000
   Facsimile:  (650) 843-0663
5
   Attorneys for Nominal Defendant
6  Power Integrations, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | Kimberly Quaco, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC., | Case No. C-06-2811-MHP
13 |                                         |
14 |          Plaintiff,                     | **REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT E. FLOYD KVAMME**
15 |     v.                                  |
16 | Balu Balakrishnan, *et al.*,            |
17 |          Defendants,                    |
18 | Power Integrations, Inc.,               |
19 |          Nominal Defendant.             |

20

21      Pursuant to Civil Local Rule 11-5, Cooley Godward LLP hereby requests to withdraw as
22 counsel for defendant E. Floyd Kvamme ("Kvamme") in the above-captioned matter. Peter A.
23 Wald of the law firm of Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000,
24 San Francisco, CA 94111-2562, (415) 395-8006, agrees to substitute in as lead counsel of record
25 for defendant Kvamme in the above-captioned matter. Defendant Kvamme consents to, and
26 hereby requests the Court's approval of, the withdrawal of Cooley Godward LLP and the
27 substitution of Peter A. Wald of Latham & Watkins LLP as defendant Kvamme's counsel of
28 record in this action.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

730000 v1/PA                    1.       REQUEST FOR ORDER PERMITTING WITHDRAWAL
                                         OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL
                                         FOR DEFENDANT E. FLOYD KVAMME

| | | |
|---|---|---|
| 1 | Dated: September 26, 2006 | COOLEY GODWARD LLP |
| 2 | | |
| 3 | | /S/_____ |
| 4 | | John C. Dwyer |
| 5 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 6 | | |
| 7 | | |
| 8 | Dated: September 26, 2006 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | /S/_____ |
| 11 | | Peter A. Wald |
| 12 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 13 | | |
| 14 | | |
| 15 | Dated: August 4, 2006 | |
| 16 | | |
| 17 | | /S/_____ |
| 18 | | E. Floyd Kvamme |
| 19 | | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey M. Kaban hereby attests that concurrence in the filing of this document has been obtained* |
| 20 | | |
| 21 | | |

**IT IS HEREBY ORDERED** that Peter A. Wald of Latham & Watkins LLP is substituted as counsel of record for defendant E. Floyd Kvamme.

Dated: September 27, 2006

_____
Judge Marilyn H. Patel

**IT IS SO ORDERED**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

730000 v1/PA

2. REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT E. FLOYD KVAMME