1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY S. KARR (186372) (jkarr@cooley.com)
   JEFFREY M. KABAN (235734) (jkaban@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306-2155
   Telephone: (650) 843-5000
5  Facsimile:   (650) 843-0663

6  Attorneys for Nominal Defendant
   Power Integrations, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | Kimberly Quaco, Derivatively on Behalf of   | Case No. C-06-2811-MHP
   | Nominal Defendant POWER
13 | INTEGRATIONS, INC.,
14 |              Plaintiff,                     | STIPULATION AND [PROPOSED] ORDER
   |                                             | ADJUSTING THE BRIEFING SCHEDULE
15 |   v.                                        | FOR NOMINAL DEFENDANT POWER
   |                                             | INTEGRATIONS, INC.'S MOTION TO
16 | Balu Balakrishnan, et al.                   | DISMISS
17 |              Defendants,
18 | Power Integrations, Inc.,
19 |              Nominal Defendant.

20

21         Pursuant to Northern District Civil Local Rule 6-2, Nominal Defendant Power
22 Integrations, Inc. ("Power Integrations") and Representative Plaintiffs Geoffrey Wren, Kimberly
23 Quaco, and Christopher DeBoskey ("Plaintiffs"), by and through their respective counsel of
24 record, hereby stipulate and agree to adjust the briefing schedule, *but not the hearing date*, on
25 Powers Integrations' Motion to Dismiss to allow the parties to participate in a mediation
26 scheduled for October 4, 2007. Under the proposed adjusted briefing schedule, Power
27 Integrations' will file its Motion to Dismiss by **October 12, 2007**. This stipulation is based on
28 the following facts:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

759256 v1/PA                            1.                  STIPULATION AND [PROPOSED] ORDER
                                                            ADJUSTING THE BRIEFING SCHEDULE
                                                            C-06-2811-MHP

**Whereas,** representative plaintiff Kimberly Quaco initiated this shareholder derivative case on behalf of Nominal Defendant Power Integrations on or about April 25, 2006;

**Whereas,** on May 10, 2006, the parties stipulated that plaintiff would file the amended complaint on or before May 26, 2006 and that defendants would respond to such amended complaint on or before June 26, 2006;

**Whereas,** representative plaintiff Kimberly Quaco filed an amended complaint on May 26, 2006. At the time of filing, counsel for Power Integrations no longer represented all individual defendants. As a result, service was not completed on all defendants at the same time. By stipulation dated June 22, 2006 (and approved by the Court), the parties agreed to an effective service date and agreed that defendants would respond to the Quaco amended complaint on or before September 12, 2006;

**Whereas,** on August 1, 2006, after the parties had set the service and response dates by stipulation, Kathryn Champlin initiated a shareholder derivative action on behalf of Nominal Defendant Power Integrations based upon allegations that were virtually identical to those alleged in the Quaco case. Champlin also moved to be appointed lead plaintiff in the case;

**Whereas,** on September 5, 2006, the Court granted Power Integrations' motion to extend the time to respond to the Quaco amended complaint until after the motion to consolidate and appoint lead plaintiff was resolved;

**Whereas,** the Court consolidated the various actions on September 22, 2006 and agreed that defendants need not respond to the various complaints pending resolution of the motion to consolidate and appoint lead plaintiff;

**Whereas,** on December 18, 2006, the Court appointed Geoffrey Wren as lead plaintiff and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as lead counsel and ordered plaintiff to file a consolidated complaint no later than January 17, 2007;

**Whereas,** the Court also set a briefing schedule and required Power Integrations to respond to the Consolidated Complaint within 30 days of service of the Consolidated Complaint and set a hearing on the anticipated motion to dismiss the Consolidated Complaint for failure to comply with the shareholder demand requirement for April 23, 2007;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
ADJUSTING THE BRIEFING SCHEDULE
C-06-2811-MHP

1    **Whereas,** the Court also continued the date for the various defendants to provide a
2    substantive response to the Consolidated Complaint until after the resolution of the demand
3    futility motion;

4    **Whereas,** on February 9, 2007, pursuant to a stipulation by the parties, the Court extended
5    Power Integrations' time to respond to the Consolidated Complaint and stayed all other activities
6    until April 17, 2007 to allow the parties to engage in informal discovery and to discuss a potential
7    resolution of this matter;

8    **Whereas,** on April 10, 2007, pursuant to a stipulation by the parties, the Court extended
9    Power Integrations' time to respond to the Consolidated Complaint and stayed all other activities
10   until June 1, 2007 to allow the parties to continue informal discovery and to discuss a potential
11   resolution of this matter;

12   **Whereas,** on May 31, 2007, pursuant to a stipulation by the parties, the Court extended
13   Power Integrations' time to respond to the Consolidated Complaint and stayed all other activities
14   until July 23, 2007 to allow the parties to continue informal discovery and to discuss a potential
15   resolution of this matter while avoiding the costs of litigation;

16   **Whereas,** on July 20, 2007, pursuant to a stipulation by the parties, the Court ordered
17   plaintiffs to file an Amended Consolidated Complaint by August 3, 2007, Power Integrations to
18   file a motion to dismiss by September 12, 2007, plaintiffs to file their opposition by October 22,
19   2007, and Power Integrations to file a reply brief by November 12, 2007 and set the hearing date
20   for the motion to dismiss for December 3, 2007;

21   **Whereas,** the parties have scheduled a mediation for October 4, 2007 to help resolve this
22   matter. Due to the number of parties involved, two intervening religious holidays, and mediator
23   availability, the parties were unable to schedule the mediation earlier than October 4, 2007;

24   **Whereas,** Power Integrations and plaintiffs agree that the briefing schedule for Power
25   Integrations' motion to dismiss should be adjusted so that between now and the mediation Power
26   Integrations can focus on further discussing a possible settlement rather than filing a motion to
27   dismiss;

28   //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER
ADJUSTING THE BRIEFING SCHEDULE
C-06-2811-MHP

**Whereas**, Power Integrations and plaintiffs agree that barring a settlement, litigation of the matter must proceed, and therefore, would like to keep the December 3, 2007 hearing date and only adjust the briefing schedule;

**Whereas,** the only scheduled events in this case are the briefing and hearing dates on Power Integrations' motion to dismiss the case for failure of plaintiff to comply with the shareholder demand requirement; and

**Whereas,** the only dates affected by this stipulation will be the briefing dates for Power Integrations' motion to dismiss. No other scheduled dates will be affected by this stipulation.

**Now, therefore, it is hereby stipulated,** by and between the undersigned, as follows:

1. Power Integrations will have through and including October 12, 2007 to file a motion to dismiss based on demand futility;

2. Plaintiffs will have through and including November 12, 2007 to file their opposition;

3. Power Integrations will have through and including November 19, 2007 to file a reply brief; and

4. The hearing on Power Integrations' motion to dismiss based on demand futility will remain on December 3, 2007.

Dated: September 7, 2007          SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


                                  By: _____/s/ Lee Rudy_____
                                           Lee Rudy

                                  Lead Counsel for Plaintiffs

//
//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER
ADJUSTING THE BRIEFING SCHEDULE
C-06-2811-MHP

| | |
|---|---|
| Dated: September 7, 2007 | COOLEY GODWARD KRONISH LLP |

By: _____/s/ Jeffrey S. Karr_____
               Jeffrey S. Karr

Attorneys for Nominal Defendant
Power Integrations, Inc.

### ORDER

PURSUANT TO THE STIPULATION BY THE PARTIES, IT IS SO ORDERED.

Dated: September __11__, 2007      _____
                                               The Honorable Marilyn H. Patel
                                               United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed Order].

| | |
|---|---|
| Dated: September 7, 2007 | COOLEY GODWARD KRONISH LLP |

By: _____/s/ Jeffrey M. Kaban_____
               Jeffrey M. Kaban

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

5.

STIPULATION AND [PROPOSED] ORDER
ADJUSTING THE BRIEFING SCHEDULE
C-06-2811-MHP