1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  JEFFREY S. KARR (186372) (jkarr@cooley.com)
   JEFFREY M. KABAN (235734) (jkaban@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306-2155
   Telephone: (650) 843 -5000
5  Facsimile:   (650) 843-0663

6  Attorneys for Nominal Defendant
   Power Integrations, Inc.
7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | Kimberly Quaco, Derivatively on Behalf of     Case No.  C-06-2811-MHP
      Nominal Defendant POWER
13   INTEGRATIONS, INC.,

14              Plaintiff,               **STIPULATION AND [PROPOSED] ORDER
                                         STAYING POWER INTEGRATIONS'
15     v.                                MOTION TO DISMISS TO ALLOW THE
                                         PARTIES TO FILE A MOTION FOR
16  Balu Balakrishnan, et al.            PRELIMINARY APPROVAL OF
                                         SETTLEMENT**
17              Defendants,

18  Power Integrations, Inc.,

19              Nominal Defendant.

20          Pursuant to Northern District Civil Local Rule 6-2, Nominal Defendant Power

21  Integrations, Inc. ("Power Integrations") and Representative Plaintiffs Geoffrey Wren, Kimberly

22  Quaco, and Christopher DeBoskey ("Plaintiffs"), by and through their respective counsel of

23  record, hereby stipulate and agree to stay Power Integrations' Motion to Dismiss to allow the

24  parties to *finalize* a written settlement agreement and file a Motion for Preliminary Approval of

25  Settlement.  Under the proposed stipulation, if the parties have not filed a Motion for Preliminary

26  Approval of Settlement by **November 30, 2007**, Power Integrations will have two weeks from

27  November 30, 2007, to file its Motion to Dismiss and will meet and confer with plaintiff's

28  counsel and submit a further stipulation regarding the briefing schedule and new hearing date for

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW          761629 v2/PA                      1.              STIPULATION AND [PROPOSED] ORDER STAYING
PALO ALTO                                                                   POWER INTEGRATIONS' MOTION TO DISMISS
                                                                           C-06-2811-MHP

1    such hearing.  This stipulation is based on the following facts:

2        **Whereas,** representative plaintiff Kimberly Quaco initiated this shareholder derivative

3    case on behalf of Nominal Defendant Power Integrations on or about April 25, 2006;

4        **Whereas,** on May 10, 2006, the parties stipulated that plaintiff would file the amended

5    complaint on or before May 26, 2006 and that defendants would respond to such amended

6    complaint on or before June 26, 2006;

7        **Whereas,** representative plaintiff Kimberly Quaco filed an amended complaint on

8    May 26, 2006.  At the time of filing, counsel for Power Integrations no longer represented all

9    individual defendants.  As a result, service was not completed on all defendants at the same time.

10   By stipulation dated June 22, 2006 (and approved by the Court), the parties agreed to an effective

11   service date and agreed that defendants would respond to the Quaco amended complaint on or

12   before September 12, 2006;

13       **Whereas,** on August 1, 2006, after the parties had set the service and response dates by

14   stipulation, Kathryn Champlin initiated a shareholder derivative action on behalf of Nominal

15   Defendant Power Integrations based upon allegations that were virtually identical to those alleged

16   in the Quaco case.  Champlin also moved to be appointed lead plaintiff in the case;

17       **Whereas,** on September 5, 2006, the Court granted Power Integrations' motion to extend

18   the time to respond to the Quaco amended complaint until after the motion to consolidate and

19   appoint lead plaintiff was resolved;

20       **Whereas,** on December 18, 2006, the Court appointed Geoffrey Wren as lead plaintiff

21   and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as lead counsel and ordered

22   plaintiff to file a consolidated complaint no later than January 17, 2007;

23       **Whereas**, on February 9, 2007, April 10, 2007, and May 31, 2007, pursuant to

24   stipulations by the parties, the Court extended Power Integrations' time to respond to the

25   Consolidated Complaint and stayed all other activities to allow the parties to engage in informal

26   discovery and to discuss a potential resolution of this matter;

27       **Whereas,** on August 3, 2007, pursuant to a stipulation by the parties, plaintiffs filed an

28   Amended Consolidated Complaint;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

1   **Whereas,** on September 11, 2007, and October 11, 2007 pursuant to stipulations by the

2   parties, the Court extended Power Integrations' time to respond to the Amended Consolidated

3   Complaint and stayed all other activities to allow the parties to continue to discuss a potential

4   resolution of this matter;

5   **Whereas,** on October 4, 2007, the parties participated in a productive mediation with the

6   Honorable Eugene Lynch (Ret.);

7   **Whereas**, since the mediation, the parties have been engaged and continue to engage in

8   negotiations with the goal of presenting a final written settlement agreement to the Court for

9   preliminary approval on or before November 30, 2007;

10  **Whereas,** the only scheduled events in this case are the briefing and hearing dates on

11  nominal defendant Power Integrations' motion to dismiss the case for failure of plaintiff to

12  comply with the shareholder demand requirement.  No other scheduled dates will be affected by

13  this stipulation.

14  **Now, therefore, it is hereby stipulated,** by and between the undersigned, as follows:

15  1.      Power Integrations response date and the corresponding briefing schedule to the

16  Amended Consolidated Complaint are stayed;

17  2.      The hearing scheduled for January 14, 2008 is off-calendar;

18  3.      If the parties do not file a Motion for Preliminary Approval of Settlement by

19  November 30, 2007, Power Integrations' response to the Amended Consolidated Complaint will

20  be due 14 days thereafter (December 14, 2007).  If such filing becomes necessary, counsel for

21  Power Integrations will meet and confer with counsel for the plaintiffs and select a mutually

22  agreeable date for the remaining briefing schedule and hearing and submit a stipulation with such

23  dates for approval.

24  Dated:  October 26, 2007          BORNSTEIN & BORNSTEIN

25

26                                  By: _____/s/ Jonathan Bornstein_____

27                                                Jonathan Bornstein

28                                  Liaison Counsel for Lead Plaintiffs

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

1    Dated:  October 26, 2007                     COOLEY GODWARD KRONISH LLP

2

3

4                                                 By: _____/s/ Jeffrey S. Karr_____
                                                           Jeffrey S. Karr

5                                                 Attorneys for Nominal Defendant
                                                  Power Integrations, Inc.
6

7

8                                                **ORDER**

9            PURSUANT TO THE STIPULATION BY THE PARTIES, IT IS SO ORDERED.

10

11

12   Dated:  October _30_, 2007                   _____

13                                                The Hon...
                                                  Unite... Sta...

14

15

16                                          **FILER'S ATTESTATION**

17           Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

18   all parties have concurred in the filing of this Stipulation and [Proposed] Order.

19

20   Dated:  October 26, 2007                     COOLEY GODWARD KRONISH LLP

21

22

23                                                By: _____/s/ Jeffrey M. Kaban_____
                                                           Jeffrey M. Kaban

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.                        STIPULATION AND [PROPOSED] ORDER STAYING
                          POWER INTEGRATIONS' MOTION TO DISMISS
                          C-06-2811-MHP

*(Stamp: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel)*