COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY S. KARR (186372) (jkarr@cooley.com)
JEFFREY M. KABAN (235734) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 843-0663

Attorneys for Nominal Defendant
Power Integrations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kimberly Quaco, Derivatively on Behalf of Nominal Defendant POWER INTEGRATIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>Balu Balakrishnan, et al. <br><br>Defendants, <br><br>Power Integrations, Inc., <br><br>Nominal Defendant. | Case No. C-06-2811-MHP <br><br>**STIPULATION AND [PROPOSED] ORDER STAYING POWER INTEGRATIONS' MOTION TO DISMISS TO ALLOW THE PARTIES TO FILE A MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Pursuant to Northern District Civil Local Rule 6-2, Nominal Defendant Power Integrations, Inc. ("Power Integrations") and Representative Plaintiffs Geoffrey Wren, Kimberly Quaco, and Christopher DeBoskey ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the stay of Power Integrations' Motion to Dismiss to allow the parties to *execute* a written settlement agreement and file a Motion for Preliminary Approval of Settlement by one week. Previously, the parties agreed that if they had not submitted a Motion for Preliminary Approval of Settlement by January 25, 2008, Power Integrations would have two weeks from that date to file its Motion to Dismiss and would meet and confer with plaintiff's counsel and submit a further stipulation regarding the briefing schedule and new

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

hearing date for such hearing. In addition, to the settlement between the plaintiffs, the Company, and the Individual Defendants, the Company and the Individual Defendants needed to reach an agreement with the insurers regarding the reimbursement of defense costs and other matters. This agreement took longer than expected. The Company, the Individual Defendants and the insurers have now reached an agreement which will be circulated for final approval. However, the parties anticipate that all the Individual Defendants will not be able to sign the agreement and the Company's Board will not be able to approve the agreement in time for the parties to file their Motion for Preliminary Approval of Settlement by January 25, 2008. Accordingly, the parties need additional time to *execute* the agreement with the insurers and to file a Motion for Preliminary Approval of Settlement and have agreed to extend the stay by one week, such that if the parties have not submitted a Motion for Preliminary Approval of Settlement by February 1, 2008, Power Integrations will have two weeks from such date to file its Motion to Dismiss. The parties anticipate that this will be the last extension necessary. This stipulation is based on the following facts:

**Whereas,** representative plaintiff Kimberly Quaco initiated this shareholder derivative case on behalf of Nominal Defendant Power Integrations on or about April 25, 2006;

**Whereas,** on May 10, 2006, the parties stipulated that plaintiff would file the amended complaint on or before May 26, 2006 and that defendants would respond to such amended complaint on or before June 26, 2006;

**Whereas,** representative plaintiff Kimberly Quaco filed an amended complaint on May 26, 2006. At the time of filing, counsel for Power Integrations no longer represented all individual defendants. As a result, service was not completed on all defendants at the same time. By stipulation dated June 22, 2006 (and approved by the Court), the parties agreed to an effective service date and agreed that defendants would respond to the Quaco amended complaint on or before September 12, 2006;

**Whereas,** on August 1, 2006, after the parties had set the service and response dates by stipulation, Kathryn Champlin initiated a shareholder derivative action on behalf of Nominal Defendant Power Integrations based upon allegations that were virtually identical to those alleged

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

1  in the Quaco case. Champlin also moved to be appointed lead plaintiff in the case;

2  **Whereas,** on September 5, 2006, the Court granted Power Integrations' motion to extend
3  the time to respond to the Quaco amended complaint until after the motion to consolidate and
4  appoint lead plaintiff was resolved;

5  **Whereas,** on December 18, 2006, the Court appointed Geoffrey Wren as lead plaintiff
6  and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as lead counsel and ordered
7  plaintiff to file a consolidated complaint no later than January 17, 2007;

8  **Whereas**, on February 9, 2007, April 10, 2007, and May 31, 2007, pursuant to
9  stipulations by the parties, the Court extended Power Integrations' time to respond to the
10  Consolidated Complaint and stayed all other activities to allow the parties to engage in informal
11  discovery and to discuss a potential resolution of this matter;

12  **Whereas,** on August 3, 2007, pursuant to a stipulation by the parties, plaintiffs filed an
13  Amended Consolidated Complaint;

14  **Whereas,** on September 11, 2007, and October 11, 2007 pursuant to stipulations by the
15  parties, the Court extended Power Integrations' time to respond to the Amended Consolidated
16  Complaint and stayed all other activities to allow the parties to continue to discuss a potential
17  resolution of this matter;

18  **Whereas,** on October 4, 2007, the parties participated in a productive mediation with the
19  Honorable Eugene Lynch (Ret.);

20  **Whereas**, since the mediation, the parties have been engaged and continue to engage in
21  negotiations with the goal of presenting a final written settlement agreement to the Court for
22  preliminary approval on or before November 30, 2007;

23  **Whereas**, pursuant to stipulations filed on November 30, 2007, December 14, 2007,
24  December 28, 2007, January 11, 2008 and January 18, 2008, the Court has extended the stay to
25  allow the parties to finalize and present a final written settlement agreement to the Court for
26  preliminary approval;

27  **Whereas,** the parties are working diligently and have now circulated what is believed to
28  be a final agreement for review and approval by all parties;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

**Whereas,** the Company and the Individual Defendants needed to reach an agreement with the insurers regarding the reimbursement of defense costs and other matters and this agreement took longer than expected to be finalized;

**Whereas,** the Company, the Individual Defendants and the insurers have now reached an agreement that will be circulated for final approval;

**Whereas,** the parties anticipate that this will be the last extension necessary;

**Whereas,** the only scheduled events in this case are the briefing and hearing dates on nominal defendant Power Integrations' motion to dismiss the case for failure of plaintiff to comply with the shareholder demand requirement. No other scheduled dates will be affected by this stipulation.

**Now, therefore, it is hereby stipulated,** by and between the undersigned, as follows:

1. Power Integrations response date and the corresponding briefing schedule to the Amended Consolidated Complaint are stayed;

2. If the parties do not file a Motion for Preliminary Approval of Settlement by February 1, 2008, Power Integrations' response to the Amended Consolidated Complaint will be due within two weeks of such date. If such filing becomes necessary, counsel for Power Integrations will meet and confer with counsel for the plaintiffs and select a mutually agreeable date for the remaining briefing schedule and hearing and submit a stipulation with such dates for approval.

Dated: January 25, 2008           BORNSTEIN & BORNSTEIN

By: _____/s/ Jonathan Bornstein_____
         Jonathan Bornstein

Liaison Counsel for Lead Plaintiffs

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP

Dated: January 25, 2008	COOLEY GODWARD KRONISH LLP

By: /s/ Jeffrey S. Karr
 Jeffrey S. Karr

Attorneys for Nominal Defendant
Power Integrations, Inc.

## **ORDER**

PURSUANT TO THE STIPULATION BY THE PARTIES, IT IS SO ORDERED.

NO FURTHER CONTINUANCES.

Dated: January 29 , 2008

The Honorable
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order.

Dated: January 25, 2008	COOLEY GODWARD KRONISH LLP

By: /s/ Jeffrey M. Kaban
 Jeffrey M. Kaban

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

5.

STIPULATION AND [PROPOSED] ORDER STAYING
POWER INTEGRATIONS' MOTION TO DISMISS
C-06-2811-MHP